**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: : | |
|     Edwin R. Rittenbaugh : | Chapter 13 |
| : | Case No 25-12428-pmm |
| Debtor : | |
| : | |

---

O R D E R

AND NOW, this 26th day of June, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before July 11, 2025.

*Patricia M. Mayer*

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE