**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edwin R Rittenbaugh,                                                                                  :

                                                                           Chapter 13

                                                                           :

               Debtor.                                              :           Bky. No.  25-12428 (PMM)

**O R D E R**

       **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 11, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **July 22, 2025**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before September 22, 2025.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTORS' COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

Date:  7/14/25

                                                            **Hon. Patricia M. Mayer**
                                                            **U.S. Bankruptcy Judge**