**Edwin R Rittenbaugh**

| | |
|---|---|
| Company: 1877 | Period Begin: 5/26/2025 |
| Number: 1002 | Period End: 6/8/2025 |
| Social Security #: | Check Date: 6/12/2025 |
| Hire Date: 3/11/2024 | Check Number: -99952763 |
| Division: | Branch: |
| Department: 08-429 | Team: |

**Office Of The Borough Of Lansdale**
One Vine Street
Lansdale, PA 19446

Personal Regular = 1.50 Bal HOURS
Sick Regular = 14.25 Bal HOURS
Vacation USW = 17.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 71.75 | 2575.11 | 24844.87 |
| Overtime 1.5 | | | 0.00 | | 1090.16 |
| Holiday | | 35.89 | 8.00 | 287.12 | 1722.72 |
| Vacation | | | 0.00 | | 3535.17 |
| Sick | | | 0.00 | | 3140.38 |
| Personal Leave | | 35.89 | 0.25 | 8.97 | 1094.65 |
| STOVT (Straight Ov | | 35.89 | 2.00 | 71.78 | 1220.26 |
| Dinner Time | | | 0.00 | | 71.78 |
| Call In Hours OT | | | 0.00 | | 430.68 |
| Call In Hours DT | | | 0.00 | | 287.12 |
| Scheduled OT | | | 0.00 | | 269.18 |
| MEMOS | | | 0.00 | | |
| Mold Pension To 60 | | | 0.00 | 0.00 | 235.44 | 3016.55 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (2640.23) | 160.02 | 2202.87 |
| OASDI (2684.37) | 166.43 | 2145.44 |
| Medicare (2684.37) | 38.92 | 501.74 |
| PA (SM/0) (2684.37) | 82.41 | 1062.31 |
| PA EE SUI(37706.97) | 2.06 | 26.39 |
| Lansdale Boro LST(2684. | 2.00 | 24.00 |
| West Vincent Township(2 | 33.55 | 432.51 |
| Checking1-Net Pay | 2110.53 | 27075.45 |
| Medical Copay | 258.61 | 3103.32 |
| Mold Pension To 60 (EE) | 44.14 | 565.58 |
| Dues Molders | 44.31 | 567.36 |

| | | | | |
|---|---|---|---|---|
| Total Earnings | | 82.00 | 2942.98 | 37706.97 |
| NET PAY | 2110.53 | Total Direct Deposits | 2110.53 | |
| Total Deductions | | | 2942.98 | 37706.97 |
| Check Amount | | | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

| | |
|---|---|
| Company | 1877 |
| Number | 1002 |
| Social Security # | |
| Hire Date | 3/11/2024 |
| Period Begin | 6/9/2025 |
| Period End | 6/22/2025 |
| Check Date | 6/26/2025 |
| Check Number | -99952309 |
| Division | |
| Branch | |
| Department | 08-429 |
| Team | |

## Office Of The Borough Of Lansdale

Personal Regular =1.50 Bal HOURS
Sick Regular =14.25 Bal HOURS
Vacation USW =9.50 Bal HOURS

One Vine Street
Lansdale, PA 19446 215-361-8314

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 56.00 | 2009.84 | 26854.71 |
| Overtime 1.5 | | 53.84 | 0.25 | 13.46 | 1103.62 |
| Holiday | | 35.89 | 8.00 | 287.12 | 2009.84 |
| Vacation | | 35.89 | 8.00 | 287.12 | 3822.29 |
| Sick | | 0.00 | | | 3140.38 |
| Personal Leave | | 0.00 | | | 1094.65 |
| STOVT (Straight Ov | | 35.89 | 6.00 | 215.34 | 1435.60 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 53.84 | 8.00 | 430.68 | 861.36 |
| Call In Hours DT | | 0.00 | | | 287.12 |
| Training | | 35.89 | 8.00 | 287.12 | 287.12 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | 0.00 | 282.45 | 3299.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (3219.11) | 229.49 | 2432.36 |
| OASDI (3272.07) | 202.87 | 2348.31 |
| Medicare (3272.07) | 47.45 | 549.19 |
| PA (SM/0) (3272.07) | 100.45 | 1162.76 |
| PA EE SUI(41237.65) | 2.47 | 28.86 |
| Lansdale Boro LST(3272. | 2.00 | 26.00 |
| West Vincent Township(3 | 40.90 | 473.41 |
| Checking1-Net Pay | 2540.40 | 29615.85 |
| Medical Copay | 258.61 | 3361.93 |
| Mold Pension To 60 (EE) | 52.96 | 618.54 |
| Dues Molders | 53.08 | 620.44 |

| | | | Current | Year To Date |
|---|---|---|---|---|
| Total Earnings | | 94.25 | 3530.68 | 41237.65 |
| NET PAY | 2540.40 | Total Direct Deposits | 2540.40 | |
| Total Deductions | | | 3530.68 | 41237.65 |
| Check Amount | | | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

| | |
|---|---|
| Company | 1877 |
| Number | 1002 |
| Social Security # | |
| Hire Date | 3/11/2024 |
| Period Begin | 4/14/2025 |
| Period End | 4/27/2025 |
| Check Date | 5/1/2025 |
| Check Number | -99956708 |
| Division | |
| Branch | |
| Department | 08-429 |
| Team | |

**Office Of The Borough Of Lansdale**
One Vine Street
Lansdale, PA 19446

Personal Regular = 1.75 Bal HOURS
Sick Regular = 16.75 Bal HOURS
Vacation USW = 25.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 60.75 | 2180.32 | 16904.20 |
| Overtime 1.5 | | 53.84 | 4.25 | 228.80 | 1049.78 |
| Holiday | | 35.89 | 8.00 | 287.12 | 1435.60 |
| Vacation | | 0.00 | | | 3248.05 |
| Sick | | 35.89 | 3.25 | 116.64 | 3050.65 |
| Personal Leave | | 35.89 | 8.00 | 287.12 | 1085.68 |
| STOVT (Straight Ov | | 35.89 | 2.00 | 71.78 | 861.36 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 0.00 | | | 215.34 |
| Call In Hours DT | | 0.00 | | | 287.12 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | | 0.00 | 253.74 | 2278.29 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (2865.59) | 187.06 | 1675.61 |
| OASDI (2913.17) | 180.62 | 1621.39 |
| Medicare (2913.17) | 42.24 | 379.18 |
| PA (SM/0) (2913.17) | 89.43 | 802.83 |
| PA EE SUI(28478.74) | 2.22 | 19.93 |
| Lansdale Boro LST(2913. | 2.00 | 18.00 |
| West Vincent Township(2 | 36.41 | 326.86 |
| Checking1-Net Pay | 2277.89 | 20451.84 |
| Medical Copay | 258.61 | 2327.49 |
| Mold Pension To 60 (EE) | 47.58 | 427.16 |
| Dues Molders | 47.72 | 428.45 |

| | | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **Total Earnings** | | | 86.25 | 3171.78 | 28478.74 | **Total Deductions** | 3171.78 | 28478.74 |
| **NET PAY** | 2277.89 | **Total Direct Deposits** | | | 2277.89 | **Check Amount** | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

**Office Of The Borough Of Lansdale**

One Vine Street
Lansdale, PA 19446

| | |
|---|---|
| Company | 1877 |
| Number | 1002 |
| Social Security # | |
| Hire Date | 3/11/2024 |
| Period Begin | 4/28/2025 |
| Period End | 5/11/2025 |
| Check Date | 5/15/2025 |
| Check Number | -99953600 |
| Division | |
| Branch | |
| Department | 08-429 |
| Team | |

Personal Regular =1.75 Bal HOURS
Sick Regular =16.75 Bal HOURS
Vacation USW =17.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 72.00 | 2584.08 | 19488.28 |
| Overtime 1.5 | | 0.00 | | | 1049.78 |
| Holiday | | 0.00 | | | 1435.60 |
| Vacation | | 35.89 | 8.00 | 287.12 | 3535.17 |
| Sick | | 0.00 | | | 3050.65 |
| Personal Leave | | 0.00 | | | 1085.68 |
| STOVT (Straight Ov | | 35.89 | 4.00 | 143.56 | 1004.92 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 53.84 | 4.00 | 215.34 | 430.68 |
| Call In Hours DT | | 0.00 | | | 287.12 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | 0.00 | 258.41 | 2536.70 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (2923.04) | 193.96 | 1869.57 |
| OASDI (2971.49) | 184.23 | 1805.62 |
| Medicare (2971.49) | 43.09 | 422.27 |
| PA (SM/0) (2971.49) | 91.22 | 894.05 |
| PA EE SUI(31708.84) | 2.26 | 22.19 |
| Lansdale Boro LST(2971. | 2.00 | 20.00 |
| West Vincent Township(2! | 37.14 | 364.00 |
| Checking1-Net Pay | 2320.54 | 22772.38 |
| Medical Copay | 258.61 | 2586.10 |
| Mold Pension To 60 (EE) | 48.45 | 475.61 |
| Dues Molders | 48.60 | 477.05 |

| | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 88.00 | 3230.10 | 31708.84 | Total Deductions | 3230.10 | 31708.84 |
| **NET PAY** | 2320.54 | **Total Direct Deposits** | 2320.54 | | **Check Amount** | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

| | |
|---|---|
| Company | 1877 |
| Number | 1002 |
| Social Security # | |
| Hire Date | 3/11/2024 |
| Period Begin | 5/12/2025 |
| Period End | 5/25/2025 |
| Check Date | 5/29/2025 |
| Check Number | -99953233 |
| Division | |
| Branch | |
| Department | 08-429 |
| Team | |

### Office Of The Borough Of Lansdale

One Vine Street
Lansdale, PA 19446

Personal Regular = 1.75 Bal HOURS
Sick Regular = 14.25 Bal HOURS
Vacation USW = 17.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 77.50 | 2781.48 | 22269.76 |
| Overtime 1.5 | | 53.84 | 0.75 | 40.38 | 1090.16 |
| Holiday | | 0.00 | | | 1435.60 |
| Vacation | | 0.00 | | | 3535.17 |
| Sick | | 35.89 | 2.50 | 89.73 | 3140.38 |
| Personal Leave | | 0.00 | | | 1085.68 |
| STOVT (Straight Ov | | 35.89 | 4.00 | 143.56 | 1148.48 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 0.00 | | | 430.68 |
| Call In Hours DT | | 0.00 | | | 287.12 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | 0.00 | 244.41 | 2781.11 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (2750.71) | 173.28 | 2042.85 |
| OASDI (2796.54) | 173.39 | 1979.01 |
| Medicare (2796.54) | 40.55 | 462.82 |
| PA (SM/0) (2796.54) | 85.85 | 979.90 |
| PA EE SUI(34763.99) | 2.14 | 24.33 |
| Lansdale Boro LST(2796. | 2.00 | 22.00 |
| West Vincent Township(2 | 34.96 | 398.96 |
| Checking1-Net Pay | 2192.54 | 24964.92 |
| Medical Copay | 258.61 | 2844.71 |
| Mold Pension To 60 (EE) | 45.83 | 521.44 |
| Dues Molders | 46.00 | 523.05 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 84.75 | 3055.15 | 34763.99 |
| NET PAY | 2192.54 | Total Direct Deposits | | 2192.54 | |

| Total Deductions | 3055.15 | 34763.99 |
|---|---|---|
| Check Amount | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

Company 1877
Number 1002
Social Security #
Hire Date 3/11/2024

Period Begin 3/17/2025
Period End 3/30/2025
Check Date 4/3/2025
Check Number -99958087

Division
Branch
Department 08-429
Team

**Office Of The Borough Of Lansdale**

One Vine Street
Lansdale, PA 19446

Personal Regular =9.75 Bal HOURS
Sick Regular =29.75 Bal HOURS
Vacation USW =25.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 55.25 | 1982.92 | 12202.61 |
| Overtime 1.5 | | 0.00 | | | 417.22 |
| Holiday | | 0.00 | | | 1148.48 |
| Vacation | | 35.89 | 24.00 | 861.36 | 3248.05 |
| Sick | | 0.00 | | | 2584.08 |
| Personal Leave | | 35.89 | 0.75 | 26.92 | 798.56 |
| STOVT (Straight Ov | | 35.89 | 2.00 | 71.78 | 646.02 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 0.00 | | | 215.34 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | 0.00 | 235.44 | 1728.10 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (2640.23) | 160.02 | 1238.38 |
| OASDI (2684.37) | 166.43 | 1227.05 |
| Medicare (2684.37) | 38.92 | 286.96 |
| PA (SM/0) (2684.37) | 82.41 | 607.58 |
| PA EE SUI(21601.32) | 2.06 | 15.12 |
| Lansdale Boro LST(2684. | 2.00 | 14.00 |
| West Vincent Township(2( | 33.55 | 247.36 |
| Checking1-Net Pay | 2110.53 | 15505.51 |
| Medical Copay | 258.61 | 1810.27 |
| Mold Pension To 60 (EE) | 44.14 | 324.00 |
| Dues Molders | 44.31 | 325.09 |

| | | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **Total Earnings** | | | 82.00 | 2942.98 | 21601.32 | **Total Deductions** | 2942.98 | 21601.32 |
| **NET PAY** | | 2110.53 | **Total Direct Deposits** | | 2110.53 | **Check Amount** | 0.00 | 0.00 |

**Edwin R Rittenbaugh**

Company: 1877
Number: 1002
Social Security #:
Hire Date: 3/11/2024

Period Begin: 3/31/2025
Period End: 4/13/2025
Check Date: 4/17/2025
Check Number: -99956995

Division:
Branch:
Department: 08-429
Team:

**Office Of The Borough Of Lansdale**
One Vine Street
Lansdale, PA 19446

Personal Regular =9.75 Bal HOURS
Sick Regular =20.00 Bal HOURS
Vacation USW =25.50 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 35.89 | 70.25 | 2521.27 | 14723.88 |
| Overtime 1.5 | | 53.84 | 7.50 | 403.76 | 820.98 |
| Holiday | | 0.00 | | | 1148.48 |
| Vacation | | 0.00 | | | 3248.05 |
| Sick | | 35.89 | 9.75 | 349.93 | 2934.01 |
| Personal Leave | | 0.00 | | | 798.56 |
| STOVT (Straight Ov | | 35.89 | 4.00 | 143.56 | 789.58 |
| Dinner Time | | 0.00 | | | 71.78 |
| Call In Hours OT | | 0.00 | | | 215.34 |
| Call In Hours DT | | 71.78 | 4.00 | 287.12 | 287.12 |
| Scheduled OT | | 0.00 | | | 269.18 |
| MEMOS | | 0.00 | | | |
| Mold Pension To 60 | | 0.00 | 0.00 | 296.45 | 2024.55 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (A/0) (3391.45) | 250.17 | 1488.55 |
| OASDI (3447.03) | 213.72 | 1440.77 |
| Medicare (3447.03) | 49.98 | 336.94 |
| PA (SM/0) (3447.03) | 105.82 | 713.40 |
| PA EE SUI(25306.96) | 2.59 | 17.71 |
| Lansdale Boro LST(3447. | 2.00 | 16.00 |
| West Vincent Township(3 | 43.09 | 290.45 |
| Checking1-Net Pay | 2668.44 | 18173.95 |
| Medical Copay | 258.61 | 2068.88 |
| Mold Pension To 60 (EE) | 55.58 | 379.58 |
| Dues Molders | 55.64 | 380.73 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| **Total Earnings** | 95.50 | 3705.64 | 25306.96 | **Total Deductions** | 3705.64 | 25306.96 |
| **NET PAY** | 2668.44 | **Total Direct Deposits** | 2668.44 | **Check Amount** | 0.00 | 0.00 |