IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Edwin R Rittenbaugh | : | Chapter 13 |
|  | : | Case No.: 25-12428-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: January 8, 2026         /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek Law Offices
                               1500 JFK Boulevard Suite 220
                               Philadelphia, Pa 19102
                               215-545-0008